ANDREW CLEARY, Appellant, et al., Plaintiff, v AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent, et al., Defendant.

Submitted February 21, 2017; decided May 2, 2017

Motion for reargument of motion for leave to appeal dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 28 NY3d 910 (2016)].

CANDIDA DISLA, Individually and as Administratrix of the Estate of LEONEL DISLA, Deceased, Appellant, v CITY OF NEW YORK et al., Respondents, et al., Defendants.

Submitted February 27, 2017; decided May 2, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DAVID ESHAGHIAN, Appellant, v MAHROKH ESHAGHIAN et al., Respondents, et al., Nominal Defendant.

Submitted February 27, 2017; decided May 2, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KEIKO HERSKOVITZ, Appellant, v MICHAEL HERSKOVITZ, Respondent.

Submitted March 6, 2017; decided May 2, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.